UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civ. No. 14-mc-50 (PAM/JSM) |
| Petitioner, | ORDER |
| v. | |
| BRADLEY C. SCHULTZ, | |
| Respondent. | |

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 7, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

The United States of America's Petition to Enforce Internal Revenue Summons (Docket No. 1) is **GRANTED** and Respondent is ordered to obey every requirement of the IRS summons issued on May 9, 2014.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 16, 2014         *s/Paul A. Magnuson*
                                 Paul A. Magnuson
                                 United States District Court Judge